1 **DOLL AMIR & ELEY LLP**
  HUNTER R. ELEY (SBN 224321)
2 heley@dollamir.com
  CHELSEA L. DIAZ (SBN 271859)
3 cdiaz@dollamir.com
  1888 Century Park East, Suite 1850
4 Los Angeles, California 90067
  Tel: 310.557.9100
5 Fax: 310.557.9101

6
  Attorneys for Defendant,
7 CAPITAL ONE BANK (USA), N.A.

8

9             UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

11

| | |
|---|---|
| FRANK GUTIERREZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATION ASSOCIATION,<br><br>    Defendant. | Case No.<br><br>**DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331**<br><br>[Filed concurrently with: (1) Civil Cover Sheet; and (2) Certification and Notice of Interested Parties]<br><br>[Orange County Superior Court<br>Case No. 30-2017-00911028-CL-NP-CJC<br>Complaint Filed:   March 24, 2017 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One Bank (USA), N.A., erroneously sued as Capital One, National Association ("Capital One"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331, and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.  JURISDICTION**

1.  Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiff Frank Gutierrez ("Plaintiff") alleges causes of actions arising under the federal Telephone Consumer Protection Act ("TCPA"), codified at 17 U.S.C. § 227, *et seq*.

**B.  STATEMENT OF THE CASE**

2.  On March 24, 2017, Plaintiff filed a Complaint and Jury Demand ("Complaint") in the Superior Court, Orange County, State of California, designated as Case No. 30-2017-00911028-CL-NP-CJC (the "Action").  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Capital One in the Action are attached hereto as *Exhibit A*.

3.  Plaintiff asserts two (2) causes of action in his Complaint against Capital One.  Those causes of action include: (1) negligent violations of the TCPA and (2) knowing and/or willful violations of the TCPA.

**C.  BASIS FOR REMOVAL**

4.  This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) because Plaintiff alleges claims arising under the TCPA, which is a law of the United States.

5.  Specifically, for example, Plaintiff's Complaint alleges that Capital One used an "automatic telephone dialing system" to place calls to Plaintiff's cellular

DOLL AMIR & ELEY LLP

1 telephone, including calls not made for emergency purposes, in violation of the
2 TCPA. (Compl., ¶¶ 10, 12-14.) Therefore, adjudication of Plaintiff's Complaint
3 requires an analysis and construction of federal law, and this Action may be removed
4 to this Court pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would
5 have had original jurisdiction founded on Plaintiff's claim arising under the TCPA.

**C. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

6. Removal of this action is timely. Capital One was served with a copy of the Summons and Complaint in this action on April 5, 2017. Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant…of a copy of [Plaintiff's Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. § 1446(b).

7. Capital One is the only named Defendant in the action and therefore no consent of additional parties is required.

8. Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1441(a) because the Action was filed in this District.

9. As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders received by Capital One from Plaintiff in this Action are attached hereto as *Exhibit A*.

10. Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff. Capital One will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of Orange.

///
///
///
///
///

1 **WHEREFORE** Capital One prays that the above Action now pending against it in the Superior Court of the State of California, County of Orange, be removed therefrom to this Court.

DATED: May 5, 2017

**DOLL AMIR & ELEY LLP**

By: /s/ *Chelsea L. Diaz* .
    Chelsea L. Diaz
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.