Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GUTIERREZ, | Case No. 8:17-CV-00799-CJC-KES |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| CAPITAL ONE, NATIONAL ASSOCIATION, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 25th Day of October, 2017,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff Frank Gutierrez

Stipulation to Dismiss- 1

1
2  By: s/ Chelsea L. Diaz, Esq.
3  CHELSEA L. DIAZ
4  Attorneys for Defendant Capital One Auto Finance, A Division Of Capital One, N.A.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained her authorization to affix her electronic signature to this document.

Dated: October 25, 2017  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                By: _s/Todd M. Friedman
                **TODD M. FRIEDMAN, ESQ.**
                **Attorney for Plaintiff**

Filed electronically on this 25th Day of October, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cormac J. Carney
United States District Court
Central District of California

And all counsel registered on ECF.

This 25th Day of October, 2017.

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN