**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK GUTIERREZ, | ) Case No. 8:17-CV-00799-CJC-KES |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| CAPITAL ONE, NATIONAL ASSOCIATION, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 26th day of October, 2017.

_____
The Honorable Cormac J. Carney

Order to Dismiss - 1